1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

E-FILED 03-31-09

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ALAN W. CAMPBELL,                    )
                                     )
            Plaintiff,               )
                                     )
vs.                                  )
                                     )
CITY OF LOS ANGELES,                 )
                                     )
            Defendants.              )
_____ )

**CASE NO. CV08-06454 PSG (CWx)**
*Assigned to Hon. Philip S. Gutierrez*

**[~~PROPOSED~~] JUDGMENT  RE
MOTION FOR SUMMARY
JUDGMENT**

This Court's Order Granting Defendant City of Los Angeles' Motion for Summary Judgment having been duly filed on March 20, 2009, and good cause appearing for rendering judgment in favor of Defendant City of Los Angeles and against Plaintiff Alan W. Campbell,

IT IS HEREBY ORDERED AND ADJUDGED:

1.      Judgment is rendered in favor of Defendant City of Los Angeles and against Plaintiff Alan W. Campbell;

2.      The entire action is dismissed on the merits;

3.      Plaintiff shall take nothing as against Defendant City of Los Angeles; and

- 1 -

1        4.     Defendant City of Los Angeles is awarded its allowable costs, upon proper

2    application therefor and as provided by the Federal Rules of Civil Procedure and the

3    Local Rules of the United States District Court for the Central District of California.

4

5    *IT IS SO ORDERED:*

6

7    Dated:  <u>3/30/09</u>

8                                        PHILIP S. GUTIERREZ
                            United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] JUDGMENT RE MOTION FOR SUMMARY JUDGMENT**